etc., of George Heldman, deceased. No opinion. Motion to dismiss appeal denied, with $10 costs.

---

HOWARD v. McNULTY et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Price S. Howard against Patrick H. McNulty and others. H. W. Merchant, for appellant. W. R. Hill, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

HOWLEY, Appellant, v. HOPKINS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by William Howley against Frank Hopkins, as committee of Michael J. (otherwise known as Mitchel) Howley, an incompetent person. No opinion. Judgment affirmed, with costs.

---

HUBER, Appellant, v. MARINACCIO et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 1, 1912.) Action by Anthony Huber against Joseph Marinaccio and others. No opinion. Judgment of the County Court of Kings county affirmed, with costs.

---

HURD, Appellant, v. ATWATER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by Raverdy L. Hurd against Lucius Atwater. No opinion. Judgment and order affirmed, with costs.

---

HYDRAULIC PRESS MFG. CO., Appellant, v. LANZA, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by the Hydraulic Press Manufacturing Company against Horace O. Lanza, impleaded with Peter Lanza and Salvatrice Lanza, his wife. No opinion. Judgment and order affirmed, with costs.

---

ISENHOWER, Respondent, v. SEA BEACH RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by John B. Isenhower against the Sea Beach Railway Company. D. A. Marsh, for appellant. J. T. Booth, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
McLAUGHLIN, J., dissents.

---

ISENHOWER, Respondent, v. SEA BEACH RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Emma S. Isenhower against the Sea Beach Railway Company. D. A. Marsh, for appellant. J. T. Booth, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
McLAUGHLIN, J., dissents.

---

ITALIAN SAVINGS BANK OF CITY OF NEW YORK, Respondent, v. DE ANGELIS, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by the Italian Savings Bank of the City of New York against Giuseppina De Angelis, impleaded with others. G. A. Baker, for appellant. R. W. Bernard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

JACOBS, Appellant, v. DENZER, Respondent. (Supreme Court, Appellate Division, First Department. February 2, 1912.) Action by Moses Jacobs against Sidney S. Denzer. A. D. Lind, for appellant. L. Salant, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

JAFFE et al., Appellants, v. WELD et al., Respondents. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Action by Max Jaffe and others against Stephen M. Weld and others. G. T. Hogg, for appellants. E. H. Blanc, for respondents. No opinion. Order (132 N. Y. Supp. 505) affirmed, with $10 costs and disbursements, with leave to plaintiffs to amend on payment of costs. Order filed.

---

J. F. PFISTER CO., Respondent, v. MOULTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by J. F. Pfister Company against Ward A. Moulton. No opinion. Order affirmed, with $10 costs and disbursements.

---

JOHNSTONE, Respondent, v. MILLS et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Margaret P. Johnstone against W. Judson B. Mills and others. H. Aaron, for appellants. J. W. Osborne, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

JOSUPEET, Respondent, v. CITY OF NIAGARA FALLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by John Josupeet against the City of Niagara Falls. No opinion. Motion for leave to appeal (from 131 N. Y. Supp. 1122) to Court of Appeals denied, with $10 costs.

---

J. P. DUFFY CO., Respondent, v. FISCHETTI, Appellant. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by the J. P. Duffy Company against Michael Fischetti. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

In re JUDGE. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) In the matter of the application of

John C. Judge for license and admission to practice as an official examiner of title. No opinion. Application granted, and undertaking approved.

JUNGMAN, Appellant, v. COOPER, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Charles Jungman against Charles Cooper. A. I. Spiro, for appellant. No opinion. Judgment affirmed, with costs. Order filed.

JURG, Appellant, v. FROST, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Blanche S. Jurg against Emma R. Frost. H. A. Sperry, for appellant. J. Ewen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KATZ v. LOTT. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Appeal from Trial Term, New York County. Action by Solomon Katz, an infant, against Charles H. Lott. From a judgment on a verdict directed for defendant, and from an order denying a motion for new trial, plaintiff appeals. Reversed, and new trial ordered. L. F. Fish, for appellant. George Hahn, for respondent.

PER CURIAM. We think that there was a question of fact for the jury, and that upon the evidence the learned trial judge was not justified in directing a verdict for the defendant. The judgment and order appealed from should be reversed, and a new trial ordered, with costs to appellant to abide event.

McLAUGHLIN, J., dissents.

KAZLOWSKI, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Joseph Kazlowski, an infant, by Victor Kazlowski, his guardian ad litem, against the Coney Island & Brooklyn Railroad Company.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

CARR, J., taking no part.

KEEPERS, Respondent, v. M. HARTLEY CO., Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by William M. Keepers against the M. Hartley Company. Chas. G. Signor, for appellant. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KEHOE, Respondent, v. CO–OPERATIVE MOTOR CAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by John Kehoe against the Co-operative Motor Car Company. No opinion. Judgment and order affirmed, with costs.

KELLER, Respondent, v. FT. STANWIX KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 1911.) Action by Harold C. Keller, by Joseph Keller, his guardian ad litem, against the Ft. Stanwix Knitting Company. No opinion. Judgment and order affirmed, with costs.

KELLEY, Respondent, v. CARTON, Appellant. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by Margaret L. Kelley against Andrew B. Carton. I. Gainsburg, for appellant. E. Van Schaick, for respondent. No opinion. Order affirmed, with costs. Order filed.

KELSEY, Appellant, v. PEOPLE'S NAT. FIRE INS. CO., PHILADELPHIA, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Otto Kelsey against the People's National Fire Insurance Company, Philadelphia. L. O. Rothschild, for appellant. T. N. Crisp, for respondent. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements. Order filed.

KENT, Respondent, v. JAMESTOWN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by William E. Kent, as administrator, etc., of Charles Thompson, deceased, against the Jamestown Street Railway Company. No opinion. Judgment and order affirmed, with costs. Appeal to Court of Appeals denied. 131 N. Y. Supp. 1122.

KERNAN v. OGDEN. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by Frank Kernan, an infant, etc., against Frank C. Ogden. No opinion. Appeal dismissed, without costs, upon stipulation filed.

KESHIN, BLITSTEIN & CO. v. BECKERMAN CONST. CO. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) In the matter of the mechanic's lien filed by Keshin, Blitstein & Co. against the Beckerman Construction Company. No opinion. Appeal dismissed, with $10 costs and disbursements.

In re KINDBERG. (Supreme Court, Appellate Division, First Department. January 26, 1912.) In the matter of Edward O. Kindberg, deceased.

PER CURIAM. Decree and order, so far as appealed from, affirmed, with costs against appellant August Reymert personally. Order filed. See, also, 141 App. Div. 188, 126 N. Y.